UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SALAM S. KALASHO,<br><br>  Defendant. | No. 2:14-mc-0103-KJM-KJN<br><br><br><br>ORDER |

On October 7, 2014, the United States filed a notice of settlement indicating that the interested parties have agreed to a settlement of the United States' garnishment action, and that the parties would submit dispositional documents within 21 days. (ECF No. 11.) Accordingly, IT IS HEREBY ORDERED that:

1. Dispositional documents shall be filed within 21 days of this order.
2. The pending motion to quash the writ of garnishment (ECF No. 9) and motion to transfer the action to the Eastern District of Michigan (ECF No. 10) are denied without prejudice as moot.

////

////

////

////

1

3. Failure to file dispositional documents by the required deadline may result in the imposition of any appropriate sanctions, including monetary sanctions and/or dismissal of the action.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE